# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **ROBERT MICHAEL TJALSMA** | **DOCKET NUMBER:** |

I, legal intern Donna Ni, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, Robert Michael TJALSMA, did violate:

**Count 1:** Failure to comply with the directions of a traffic control device, in violation of Title 36 Code of Federal Regulations §4.12.
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** All lighting equipment of a required type installed on a vehicle shall at all times be maintained in good working order, in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §24252(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** The driver of a motor vehicle when reasonably necessary to insure safe operation shall give audible warning with his horn. The horn shall not otherwise be used, in violation of Title 36 Code of Federal Regulations 4.2(b); California Vehicle Code 27001(b)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Operating or being in actual physical control of a motor vehicle is prohibited while under the influence of alcohol, or a drug, or drugs, or any combination thereof, to a degree that renders the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations §4.23(a)(1).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** A person shall not drive a motor vehicle at any time when that person's driving privilege is suspended or revoked pursuant to an alcohol related offense, and that person has knowledge of the suspension or revocation, in violation of Title 36 Code of Federal Regulations §4.2(b); California Vehicle Code §14601.5(a)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

Speedy Trial Act Applies: **No**

U.S. v. Robert M. Tjalsma
Criminal Complaint

**Count 6:** Refusal by an operator to submit to a test to determine blood alcohol or drug content, in violation of Title 36 Code of Federal Regulations 4.23(c)(2).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am the legal intern and this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On July 12, 2017 at approximately 1:39 a.m., Ranger Van Vechten was on patrol near the Curry 4-way intersection. As Ranger Van Vechten approached the intersection from the east, he heard a vehicle sounding its horn multiple times. Ranger Van Vechten observed headlights driving east on Southside Drive towards him. Ranger Van Vechten stopped his vehicle at the Curry 4-way intersection, and leaned his head out the window to determine where the horn sound was coming from. The horn honking sounded like it was coming from the approaching vehicle. Ranger Van Vechten remained stationary at the Curry-4 way intersection facing west to see if the occupants of the vehicle needed assistance. When the vehicle arrived at the Curry-4 way intersection, which is controlled in all approaching directions by stop signs, Ranger Van Vechten observed it was a dark colored Toyota Corolla. The Toyota approached the stop sign at the intersection, slowed to approximately 5 miles per hour, and continued into the intersection without completely stopping. Ranger Van Vechten observed that the vehicle had no functioning license plate light. Ranger Van Vechten followed the vehicle and stopped it in the Ice Rink parking lot.

Ranger Van Vechten contacted the driver, Robert Michael TJALSMA. TJALSMA stated he was honking his horn because he didn't want Ranger Van Vechten to drive towards him on Southside Drive, which is a one way street. Ranger Van Vechten asked, "Do you have a drivers license on you?" TJALSMA said, "Uhh I don't." Ranger Van Vechten asked if TJALSMA had a drivers license and TJALSMA replied, "I, I don't." Ranger Van Vechten asked TJALSMA to exit the vehicle.

When speaking to TJALSMA Ranger Van Vechten could smell the odor of alcohol emanating from his person from a distance of approximately 5 feet. The whites of TJALSMA's eyes were tinged pink, and TJALSMA had slurred speech. Ranger Van Vechten asked if TJALSMA had ever had a drivers license. TJALSMA said, "Uhh, probably like a decade ago."

TJALSMA said that he didn't want to leave the vehicle in the middle of nowhere and that the vehicle was "In front of the village floor." Ranger Van Vechten asked TJALSMA, "How much have you had to drink tonight?" and TJALSMA replied, "Uhh, not very much." TJALSMA said "Probably a beer" when asked to guess how much alcohol he had to drink. TJALSMA told Ranger Van Vechten he drank about an hour or an hour and a half ago. When asked where TJALSMA had been drinking, he said, "Probably at my place in Huff."

Speedy Trial Act Applies: **No**

U.S. v. Robert M. Tjalsma
Criminal Complaint

Yosemite Dispatch informed Ranger Van Vechten that TJALSMA's license status was suspended for DUI violations and that the suspension had been served.

Ranger Van Vechten told TJALSMA that he wanted him to perform some field sobriety tests. TJALSMA said, "You can blow me, if you want. I'm not gonna do your stupid little fucking sobriety thing." Ranger Van Vechten asked if he could check TJALSMA's eyes. TJALSMA displayed 2 of 6 clues on the horizontal gaze nystagmus test. TJALSMA told Ranger Van Vechten that he would blow into a portable breath test device. The portable breath test gave a reading of .078.

Ranger Van Vechten arrested TJALSMA and transported him to the Yosemite Holding Facility. Ranger Van Vechten read TJALSMA the "Required DUI Chemical Test Statute 36 CFR 4.23(c)(2) – Breath or Urine Only" form. TJALSMA refused to take an evidentiary breath test, even after Ranger Van Vechten re-read sections of the form and explained that it is a violation of the law to refuse a test. TJALSMA again refused to take the test. Ranger Van Vechten asked, "So you are refusing to take a breath test?" TJALSMA said, "Yes. It's a misdemeanor?" Ranger Van Vechten answered, "Correct." TJALSMA replied, "Yes."

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

_8/3/17_
Date

_[signature]_
Donna Ni
Legal Intern
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_8/3/17_
Date

_[signature]_
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

XEXCEPT AS TO COUNT 3

Speedy Trial Act Applies: **No**

U.S. v. Robert M. Tjalsma
Criminal Complaint