**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>Robert Michael Tjalsma     )<br>) | Docket No: 0972 6:17M00053-001 |

On November 28, 2017, the above-named was sentenced to Probation for a period of 3 years. Supervision commenced on November 28, 2017.

The probationer has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision. It is, therefore, respectfully recommended that Probation in this case be terminated early, the hearing date set on November 17, 2020 be vacated, and the term of custody also be vacated.

| Respectfully submitted, | Reviewed by, |
|---|---|
| /s/ Whitney Mize | /s/ Laura Weigel |
| **Whitney Mize**<br>**United States Probation Officer** | **Laura Weigel**<br>**Supervising United States Probation Officer** |

**Dated:**  July 27, 2020
Modesto, California
WM/lr

1

**Re:**    **Robert Michael Tjalsma**
        **Docket Number:    0972 6:17M00053-001**
        <u>**Report and Order Terminating Probation**</u>
        <u>**Prior To Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Robert Michael Tjalsma be discharged from Probation, the November 17, 2020 court date be vacated, the term of custody be vacated and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:    July 27, 2020                       _/s/ Jeremy Peterson_
                                                      UNITED STATES MAGISTRATE JUDGE